■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYSHAUN MOSLEY, Also Known as TRASHUN MOSELY, Also Known as TYSHAWN MOSELEY, Appellant. [929 NYS2d 511]—

In satisfaction of three separate indictments charging him with a number of crimes, defendant pleaded guilty to criminal sale of a controlled substance in the third degree, driving while intoxicated and criminal possession of a controlled substance in the fifth degree. Consistent with the plea agreement, he was sentenced as a second felony offender to concurrent prison terms of six years on the criminal sale conviction, to be followed by three years of postrelease supervision, $1^1/3$ to 4 years on the driving while intoxicated conviction, and $2^1/2$ years on the criminal possession conviction, to be followed by two years of postrelease supervision. Defendant appeals.

Defendant contends that the sentence is harsh and excessive. Based upon our review of the record, we disagree. Defendant has a lengthy criminal record characterized by numerous drug and alcohol-related offenses. In view of this, and given that the agreed-upon sentence exposed defendant to significantly less prison time than he could have faced if convicted after trial, we find no extraordinary circumstances nor any abuse of discretion warranting a reduction of the sentence in the interest of justice (*see People v Williams*, 76 AD3d 1141, 1142 [2010]; *People v McPherson*, 76 AD3d 1117 [2010]).

Mercure, J.P., Peters, Lahtinen, Stein and McCarthy, JJ., concur. Ordered that the judgment is affirmed.